UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Lorie Frederick v. Bayer Corporation, et al.*  No.   3:13-cv-10637-DRH-PMF

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on November 24, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Cheryl A. Ritter*
Deputy Clerk

Date: November 24, 2014

Digitally signed by David R. Herndon
Date: 2014.11.24 16:15:11 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT